IN RE: DEBORAH B. WEISER

NO. 24-C-429

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

_____ November 18, 2024 _____

Linda Wiseman
First Deputy Clerk

**IN RE** DEBORAH B. WEISER

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 782-693

---

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT DENIED**

In a notice of intent to file supervisory writs filed on August 21, 2024, relator, Deborah Weiser, indicated she intended to file a supervisory writ to this court from a July 22, 2024 trial court judgment, denying her motion to file appeal *in forma pauperis*. In her writ application, however, relator states that she "submits this memorandum in support of this application for supervisory and mandamus writ or to reverse the judgment rendered on June 21, 2024 … depriving and denying Mrs. Weiser right to return of immovable, movable, corporeal and incorporeal community properties of the legal regime between her and deceased husband." Relator attaches to the writ application reasons for judgment from the trial court dated June 21, 2024, which indicate the trial court considered relator's application to proceed *in forma pauperis* on June 18, 2024 and rendered judgment denying that application on June 21, 2024. Relator did not attach the June 21, 2024 judgment to her writ application.

In her writ application, relator asserts vague and unspecific assignments of error, namely that the judgment of the trial court committed plain errors, manifest errors and constitutional errors, abused its discretion, and should be reversed. Relator also presents vague and unspecific issues, including whether she was deprived of property interests and rights, whether the judgment contravened her federal and state statutory laws, whether the lawyers conduct violated the Louisiana Professional Code of Conduct and committed fraud on the court, and whether the judicial officials violated the Code of Judicial Conduct. Relator attaches to her writ application various pleadings, trial court judgments, and two hearing transcripts pertaining to issues in her late husband's succession, the Succession of Howard A. Weiser, Sr. Based on the contents of her writ application, it is unclear as to which judgment relator actually seeks review.

To the extent relator seeks review of the judgment denying her motion for appeal *in forma pauperis* (as indicated in her notice of intent), according to the trial court's June 21, 2024 reasons for judgment, the denial of her request to proceed *in forma pauperis* was rendered on June 21, 2024. Relator filed her notice of intent on August 21, 2024, beyond the 30 day period. As a result, relator's notice of intent is untimely. La. U.R.C.A, Rule 4-3. In addition, relator has failed to comply with La. U.R.C.A, Rule 4-5 in that she did not attach a copy of the actual judgment, the motion, any opposition, or any pertinent minutes. Relator also does not brief any issues relative to the denial of the motion for appeal *in forma pauperis*, as required by La. U.R.C.A., Rules 4-8 and 2-12.4. Consequently, we cannot review the trial court's judgment denying relator's motion to file appeal *in forma pauperis*.

To the extent relator seeks review of any other judgment, relator has not provided a notice of intent relative thereto or a copy of a judgment to reflect timely filed pleadings.

Accordingly, we have no basis upon which to grant relief, and deny this writ application.

Gretna, Louisiana, this 18th day of November, 2024.

**SJW**
**JJM**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/18/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-C-429**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Stephen D. Marx (Respondent)

### MAILED
Deidre K. Peterson (Relator)
Attorney at Law
102 Brunswick Court
New Orleans, LA 70131